# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: AT&T INC. CELLULAR CUSTOMER
DATA SECURITY BREACH LITIGATION  MDL NO. 3124

## PLAINTIFF'S MOTION TO WITHDRAW MOTION TO TRANSFER

COMES NOW, Plaintiff Lori Young, by and through counsel, and submits this her Motion to Withdraw her previously filed Motion to Transfer [Document No. 1], [Document No. 7 Corrected], and in support thereof states as follows:

1. Plaintiff filed her initial Complaint in the United States District Court for the Northern District of Georgia on July 19, 2024.

2. Plaintiff's Complaint arises out of a data breach involving customer data of nearly all customers of AT&T cellular customers, including the Plaintiff, disclosed by AT&T on July 12, 2024.

3. On July 23, 2024, upon the filing of three (3) other lawsuits against Defendant AT&T, Inc. by other Plaintiffs in other states regarding the same data breach, Plaintiff Lori Young filed a Motion to Transfer in the Judicial Panel on Multidistrict Litigation for the purposes of consolidating all actions against AT&T Defendants arising out of the July 12, 2024, data breach in one forum.

4. Since the time of said filing, further investigation has revealed that the AT&T data breach was one of several data breaches that involved the breach of customer data for a number of other companies including Ticketmaster, LLC; Advance Auto Parts, Inc.; Cricket Wireless, LLC; and Neiman Marcus Group, LLC. The common denominator in all of these data breaches is Snowflake, Inc., a cloud service provider that was hacked and breached, leading to the dissemination of customer data for all of the above companies, including AT&T.

5. As a result, over forty (40) lawsuits have so far been filed listing Snowflake, Inc. as a Defendant or witness, and said lawsuits were consolidated into MDL 3126, seeking consolidation in the United States District Court for the District of Montana. *See* MDL 3126 Motion to Transfer attached as Exhibit "A." These various lawsuits against Snowflake include cases involving the AT&T data

breach, the Cricket Wireless data breach, the Neiman Marcus data breach, and the Ticketmaster data breach.

6. Plaintiff believes that judicial economy and efficiency would be served by transferring and consolidating all cases involving the data breach purportedly caused by Snowflake, Inc. to the pending Snowflake MDL in MDL No. 3126. Plaintiff believes this would relieve any concerns of inconsistencies between MDL No.3124 and No. 3126 and would promote judicial economy in focusing on the purported cause of the overall data breach involving several different companies.

7. As the current MDL is in its beginning stages, with no discovery, hearings or motions filed to date, the participants in MDL 3124 would not be prejudiced by the withdrawal of Plaintiff's Motion to Transfer, and would undoubtedly be helped by the efficiency of addressing the effects of the Snowflake data breach in one central MDL.

WHEREFORE, Plaintiff respectfully requests that the Panel allow the Plaintiff to Withdraw her Motion to Transfer, thereby allowing Plaintiff's case and other actions in MDL 3124 to be transferred to the pending Snowflake, Inc. MDL, No. 3126. Plaintiff requests any other relief to which she may be entitled.

This the 20th day of August, 2024.

By: /s/ *Paul J. Doolittle*
Paul J. Doolittle
**POULIN | WILLEY | ANASTOPOULO**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com
    cmad@poulinwilley.com
*Attorney for Plaintiff Lori Young*