BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AT&T INC. CELLULAR CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3124 |
| IN RE: SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | MDL No. 3126 |

**AT&T Inc.'s Motion for Leave to File a Response
to the Interested Party Submission Filed by Counsel in MDL 3114**

AT&T requests leave to respond to the submission filed by newly appointed leadership counsel in MDL 3114 ("MDL 3114 Counsel"), arguing that the AT&T cases should be severed and transferred to their MDL pending in the Northern District of Texas, which involves a separate AT&T data incident unrelated to Snowflake. *See* MDL 3124, ECF No. 49; MDL 3126, ECF No. 138.

The Panel should grant AT&T leave to file its brief response because: (1) MDL 3114 Counsel's submission was filed recently and after the close of briefing in this matter; (2) MDL 3114 Counsel's submission makes new (and incorrect) arguments concerning claims against AT&T, including that efficiencies are best served by excising AT&T from other Snowflake litigation and transferring claims against AT&T to an existing, unrelated MDL; and (3) MDL 3114 Counsel's submission is inconsistent with positions taken by some of the same counsel on behalf of plaintiffs in *this* proceeding.

For these reasons, AT&T respectfully requests that the Panel grant this Motion and permit AT&T to file its response in support of transfer to and centralization of all related actions in MDL 3126.

Dated: September 11, 2024	Respectfully submitted,

*/s/ Gilbert S. Keteltas*
Gilbert S. Keteltas
BAKER HOSTETLER LLP
1050 Connecticut Avenue, NW, Ste. 1100
Washington, D.C. 20036
Tel.: (202) 861.1530
Fax: (202) 861.1783
Email: gketeltas@bakerlaw.com

*Attorney for Defendant AT&T Inc.*